IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JENNIFER CLAY, on behalf of herself individually, and as putative class representative for others similarly situated nationwide,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN CREDIT ACCEPTANCE, LLC, a South Carolina limited liability company.<br><br>　　　　Defendant. | Cause No. 2:22-cv-0076-BMM<br><br>**ORDER TO DISMISS** |

Having reviewed the Joint Motion to Dismiss filed in this matter and good cause appearing therefrom,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, each side to bear its own attorney fees and costs.

DATED this 9th day of January, 2023

_/s/ Brian Morris_____
Brian Morris, Chief District Judge
United States District Court